# GLASS KRAKOWER LLP
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
100 CHURCH STREET, 8TH FLOOR
NEW YORK, NY 10007
212-537-6859
FAX NO. 845-510-2219

E-mail: jh@glasskrakower.com

*Jordan F. Harlow*
    Senior Counsel

July 30, 2018

*Via ECF and regular mail*
Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   Frazier v. City of New York, et al.
      17 Civ. 7047 (WHP)(SN)

Dear Judge Pauley III:

I am Senior Counsel in the office of Glass Krakower LLP, attorney for the Plaintiff, Clinton Frazier, in the above-referenced action. Plaintiff submits this joint letter on behalf of both parties to respectfully request an extension of the parties' discovery schedule, from July 31, 2018 to September 28, 2018, and adjourn the parties' final pretrial conference, scheduled on September 7, 2018, until a date after discovery is completed. This is the parties' second request for an extension of the parties' discovery schedule and adjournment of the final pretrial conference.

The parties' discovery period is currently scheduled to close on July 31, 2018. Both parties have worked diligently to answer interrogatories, respond to requests for documents, exchange documents, and conduct depositions. There are, however, some outstanding discovery requests and additional depositions that require scheduling, based on information learned in depositions conducted during the week of July 9-13, 2018. Additionally, the parties believe that the additional time requested could provide an opportunity for this case to be resolved, as both parties are actively engaged in settlement discussions.

Thank you for your consideration of this matter.

Respectfully submitted,

/s: *Jordan Harlow*
JORDAN HARLOW

Cc: Shirley Bi
  Attorney for Defendants